M/D 1

# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA

Ricky Dewayne Smith )
Full name and prison name of )
Plaintiff(s) )
 )
v. ) CIVIL ACTION NO. 3:07cv965-MEF
 ) (To be supplied by Clerk of U.S. District
Russell co. Sheriff Tommy Boswell ) Court)
Lt. Loetta Holland )
Nurse Pelfrey AKA Nurse Riley )
Dr. Warr (senior) )
All Russell co. Jail Correctional )
officers and Dr. Stu Warr )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

RECEIVED 2007 OCT 26 A 9:56
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST.

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☒

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☒

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1. Parties to this previous lawsuit:

    Plaintiff (s) N/A

    Defendant(s) N/A

    2. Court (if federal court, name the district; if state court, name the county) N/A

    3.    Docket number _____

    4.    Name of judge to whom case was assigned _____

    5.    Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

    6.    Approximate date of filing lawsuit _____

    7.    Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT __Russell County Jail / P.O. Box 640 Phenix City, AL 36868__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Russell County Jail__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| # | NAME | ADDRESS |
|---|------|---------|
| 1. | Sheriff Tommy Boswell | P.O. Box 640 PC AL 36868 |
| 2. | Lt. Loetta Holland | P.O. Box 640 Phenix City AL 36868 |
| 3. | Nurse Tina Pelfrey / AKA Nurse Riley | P.O. Box 640 Phenix City 3686[8] |
| 4. | Dr. Stu Watt | P.O. Box 640 Phenix City AL 36868 |
| 5. | Russell Co. Jail Corr. officer subordinates | P.O. Box 640 PC AL 36868 |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __July 11th 2007, September 20th 2007__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __I was given medication known by the above named Individuals to be harmful to me.__

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

being that my medical history and previous diagnosis were a known fact since they had requisitioned my medical records from my former doctors. This is contrary to the Amendments to the constitution. For treatment of Prisoners / Inmates

GROUND TWO: Cruel and unusual punishment

SUPPORTING FACTS: I'm housed in an area with square foot living space for fourteen Inmates and their are currently Thirty one inmates between dates 7/11/07 and 10/20/07

GROUND THREE: Lack of excersise / yard call / Lack of Fresh Air / Lack of Sunshine / Lack of Adequate Security

SUPPORTING FACTS: I am locked in an overcrowded cell block with never any of the above needs / Rights being met.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

① I would like the court to rule in favor of my claims ② Grant me life medical treatment paid by Russell Co sheriffs dept and other defendants for all complaints/illness with my liver ~~(scribble)~~ Award punitive damages / correct Jail conditions / Ten year monitoring of Jail operations. Award Punitive/Pain & Suffering Award. And my Immediate release until this matter is resolved.

Ricky D. Smith
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/15/07
                (Date)

Ricky D. Smith
Signature of plaintiff(s)

To The Clerk　　　　　　　　　　3:07cv965-F

I've been released from the Russell County Jail and am now at the Faith Rescue Mission in Montgomery, Ala. I was released to come here October 23rd, 2007. My Indigent Status has not Changed.

My New Address is: Ricky D. Smith
108-Camden St.
Montgomery, Alabama
36104



Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711

Ricky D. Smith
Petitioner
P.O. Box 6310
Phoenix City, Alabama 36868
108 - Camden St.
Montgomery, Ala
36104