3:07cv965-F

Dear Court

Could I please request this court to grant me legal representation in this matter being the seriousness of the allegations and my admitted ignorance of the ways of this court and inadequacies of my own.

Ricky Smith