In the United States District Court
for the Middle District of Alabama
Eastern Division

Ricky Dewayne Smith
   Plaintiff
      v.                         Case No.
Tommy Boswell, et al,            3:07-CV-965-MEF
   Defendant

## Motion for Request for Appointment of Counsel

In the Plaintiff's Amended Complaint, the Plaintiff feels he has shown Exceptional Circumstance in the need for Counsel due to the fact of gross indifference and/or Negligence by Russell County Sheriffs dept., and Associated medical staff.

With all the education of the Lawyers and doctors involved in this action the Plaintiff feels much to inadequate to obtain the relief sought by pursuing this issue and/or able to effect the response from the court needed to bring about the change needed at the Russell County Sheriffs dept. to protect Plaintiffs constitutional rights health and safety and other detainees

In the Middle District Court for the
Middle District of Alabama
Eastern Division

Ricky Dewayne Smith, Pro se
   Plaintiff,

v.

Tommy Boswell, et Al.,
   Defendants

Case No
3:07-CV-965-MEF

## Certificate of Service

Comes now the Plaintiff being ignorant and unlearned begs of this court to accept this humble effort to pursue my Constitutional Rights under the Amendments to the Constitution and grant me the status of Indigent in this filing.

Also prays this court will recognize the hardship under which this Plaintiff files and will serve the papers required on All Defendants of this filing.

The Plaintiff does swear all is correct to the best of his knowledge