IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RICKY DEWAYE SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOMMY BOSWELL, *et al.*, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:07cv965-MEF |

**ORDER ON MOTION**

Upon consideration of Plaintiff's second motion to appoint counsel (Doc. #7), filed 14 November 2007, it is

ORDERED that the second motion to appoint counsel (Doc. #7) is DENIED. Plaintiff is instructed that at this time, the Court will not entertain any further motions to appoint counsel.

DONE this 15th day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE