**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Tommy Boswell
Russell Co. Sheriff
P. O. Box 640
Phenix City, AL 36868

3:07cv965 Cmplam&cmplsmo

2. Article Number (Transfer from service label): 7007 1490 0000 0026 5384

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Officer J Bary RCSO    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 12-06-07

D. Is delivery address different from item 1?  ☐ Yes  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Lt. Loretta Holland
Russell Co. Jail
P. O. Box 640
Phenix City, AL 36868

3:07cv965 Cmplam&cmplsmo

2. Article Number (Transfer from service label): 7007 1490 0000 0026 5377

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Officer J Bary RCSO    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 12-06-07

D. Is delivery address different from item 1?  ☐ Yes  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, | A. Signature<br>X _Officer LDay RCSO_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  12-6-07<br>dress different from item 1? ☐ Yes<br>delivery address below:  ☐ No |
| Nurse Tina Riley-Pelfrey<br>Russell Co. Jail<br>P. O. Box 640<br>Phenix City, AL 36868 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| 3:07cv965 (cmp and cmp/smo)<br>2. Article Number (Transfer from service label) | 4. Restricted Delivery? (Extra Fee)  ☐ Yes<br>7007 1490 0000 0026 5360 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, | A. Signature<br>X _Officer LDay RCSO_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  12-6-07<br>dress different from item 1? ☐ Yes<br>delivery address below:  ☐ No |
| Senior Doctor Stu Warr<br>Russell Co. Jail<br>P. O. Box 640<br>Phenix City, AL 36868 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| 3:07cv965 (cmp/smo and cmp)<br>2. Article Number (Transfer from service label) | 4. Restricted Delivery? (Extra Fee)  ☐ Yes<br>7007 1490 0000 0026 5353 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |