IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **RICKY DEWAYNE SMITH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:07-cv-965-MEF-WC |
| ) | |
| **TOMMY BOSWELL, et al.,** ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR EXTENSION OF TIME

COME NOW Sheriff Tommy Boswell, Lt. Loetta Holland, Nurse Tina Riley-Pelfrey, and Dr. William Stu Warr, Defendants in the above styled cause, and move this Honorable Court for an extension of time of thirty (30) days to file their Answer to the Complaint. As reason for so moving, the Defendants state that the gathering of information with which to respond to the Plaintiff's claims has taken longer than expected and, along with the pending Christmas holidays, Defendants are in need of additional time in which to thoroughly address said claims.

WHEREFORE, the Defendants respectfully request an extension of thirty (30) days to file their Answer.

Respectfully submitted this 13th day of December, 2007.

                                                   s/Scott W. Gosnell
                                                   SCOTT W. GOSNELL (GOS002)
                                                   Attorney for Defendants

OF COUNSEL:

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 13th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and certify that I have mailed by United States Mail, postage prepaid, a true and correct copy of such filing to the following non-CM/ECF participant:

Ricky Dewayne Smith
c/o Faith Rescue Mission
108 Camden Street
Montgomery, Alabama  36108

                                              s/Scott W. Gosnell
                                              **OF COUNSEL**