IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN_____ DIVISION

RICKY DEWAYNE SMITH
_____,      )
                                       )
         Plaintiff,                    )
                                       )
v.                                     )   CASE NO. 3:07-cv-965-MEF-WC
                                       )            _____
TOMMY BOSWELL, et al.                  )
_____,      )
                                       )
         Defendants,                   )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW TOMMY BOSWELL_____, a  Defendant        in the above-captioned
matter, and in accordance with the order of this Court, making the following disclosure
concerning parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under
the provisions of the Middle District of Alabama's General Order No. 3047:

[✔]   This party is an individual, or

[ ]   This party is a governmental entity, or

[ ]   There are no entities to be reported, or

[ ]   The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____                      _____

_____                      _____

_____                      _____

12/18/2007                                 _____
_____                      (Signature)
Date
                                           Scott W. Gosnell
                                           (Counsel's Name)

                                           Tommy Boswell, Tina Riley-Pelfrey, Loetta Holland, Dr. William Stu Warr

                                           Counsel for (print names of all parties)
                                           Post Office Box 240909
                                           _____
                                           Montgomery, Alabama  36124
                                           _____
                                           Address, City, State Zip Code
                                           (334) 262-1850
                                           _____
                                           Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN                          DIVISION

**CERTIFICATE OF SERVICE**

I,__SCOTT W. GOSNELL_____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by __U.S. Mail_____(manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this __18____day of December_____ 20_07_, to:

Ricky Dewayne Smith

c/o Faith Rescue Mission

108 Camden Street

Montgomery, Alabama  36108


12/18/2007
            Date                                         Signature