IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RICKY DEWAYNE SMITH,

    Plaintiff,

v.   CASE NO. 3:07-cv-965-MEF-WC

TOMMY BOSWELL, et al.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW LOETTA HOLLAND, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity            Relationship to Party

12/18/2007
Date

(Signature)

Scott W. Gosnell
(Counsel's Name)

Tommy Boswell, Tina Riley-Pelfrey, Loetta Holland, Dr. William Stu Warr
Counsel for (print names of all parties)
Post Office Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code
(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>EASTERN</u>                         DIVISION

## CERTIFICATE OF SERVICE

I, <u>SCOTT W. GOSNELL</u>                           , do hereby Certify that a true and correct copy of the foregoing has been furnished by <u>U.S. Mail</u>                        (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this <u>18</u>   day of <u>December</u>      20<u>07</u>, to:

Ricky Dewayne Smith

c/o Faith Rescue Mission

108 Camden Street

Montgomery, Alabama 36108

12/18/2007
Date                                            Signature