IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>EASTERN</u> DIVISION

RICKY DEWAYNE SMITH, )
)
    Plaintiff, )
)
v. ) CASE NO. 3:07-cv-965-MEF-WC
)
TOMMY BOSWELL, et al. )
, )
)
    Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Tina Riley-Pelfrey</u>, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>             <u>Relationship to Party</u>

12/18/2007
Date

(Signature)

### Scott W. Gosnell
(Counsel's Name)

Tommy Boswell, Tina Riley-Pelfrey, Loetta Holland, Dr. William Stu Warr

Counsel for (print names of all parties)
Post Office Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code
(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

## CERTIFICATE OF SERVICE

I, SCOTT W. GOSNELL, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 18 day of December 20 07, to:

Ricky Dewayne Smith

c/o Faith Rescue Mission

108 Camden Street

Montgomery, Alabama  36108

12/18/2007
Date

Signature