**SAMPLE NOTICE FORMAT**

Note: When E-Filing this pleading, please enter a separate docket entry. The event entry is located on CM/ECF by clicking: **CIVIL > OTHER DOCUMENTS > CORPORATE DISCLOSURE STATEMENT**
A **screen-fillable** Adobe Acrobat PDF form, which can be saved and E-Filed, is available on-line; it is available at http://www.almd.uscourts.gov/docs/CONFLICT_DISCLOSURE_STATEMENT_FILLABLE.pdf

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
___Eastern___ DIVISION

Ricky Dewayne Smith, )
Plaintiff, pro se )
 )
v. ) CASE NO. 3:07-CV-965-MEF-WC
Tommy Boswell, et al )
 )
Defendants, )

2007 DEC 18 A 9:50

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Ricky Dewayne Smith, a [Plaintiff/Defendant] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party
_____                            _____
_____                            _____
_____                            _____
_____                            _____

12/14/07
Date

Signature: Ricky Dewayne Smith
Counsel: Ricky Dewayne Smith
Counsel for (print names of all parties)
108-Camden St Montgomery AL 36108
Address, City, State Zip Code
334-262-6024
Telephone Number

Also requires a certificate of Service

Ricky Dewayne Smith,
  Pro, Se
v.
Tommy Boswell, et Al,
  Defendants

CASE
Civil Action No.:
3:07-cv-965-MeF-WC

RECEIVED
2007 DEC 18 A 9:51
[U.S. DISTRICT COURT
MIDDLE DISTRICT ALA]

Certificate of Service

I being Indigent do file on this date 12/14/07 with Clerk of Court a completed form Document #12-2. And do swear to the best of my knowledge and understanding all Information is true and Accurate

Ricky D. Smith  Pro, Se
  Counsel

Rick D. Smith
108-Camden St
Mont Gomery, Al
36108

Office of the Clerk
United States District Court
P.O. Box 711
Mont Gomery, AL



17 DEC 2007 PM 4 L
MONTGOMERY AL 361