IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RICKY DEWAYE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07cv965-MEF |
| | ) | |
| TOMMY BOSWELL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On 25 January 2008, Defendants filed a Motion to Dismiss (Doc. #24) and brief in support (Doc. #25). It is

ORDERED that Plaintiff shall, in writing, **on or before 22 February 2008,** show cause as to why this Court should not grant the Motion to Dismiss (Doc. #24). Plaintiff is cautioned that failure to file a response, may result in the waiver of any objections should the Court recommend the Motion to Dismiss be granted.

DONE this 8th day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE