IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **RICKY DEWAYNE SMITH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:07-cv-965-MEF-WC |
| ) | |
| **TOMMY BOSWELL, et al.,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

COMES NOW Joseph L. Hubbard, Jr. of the law firm of Webb & Eley, P.C., and files his Notice of Appearance as counsel of record for Tommy Boswell, Loetta Holland, Dr. Spud Warr and Tina Riley, Defendants in the above-styled cause.

Respectfully submitted this the 13th day of February, 2008.

                                        **s/Joseph L. Hubbard, Jr.**
                                        JOSEPH L. HUBBARD, JR. (HUB015)

OF COUNSEL:

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: jhubbard@webbeley.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 13th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following by U.S. Mail:

Ricky Dewayne Smith
c/o Faith Rescue Mission
108 Camden Street
Montgomery, Alabama  36108

                                                      **s/Joseph L. Hubbard, Jr.**
                                                      OF COUNSEL