# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **RICKY DEWAYNE SMITH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:07-cv-965-MEF-WC |
| ) | |
| **TOMMY BOSWELL, et al.,** ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW

COMES NOW Scott W. Gosnell of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Tommy Boswell, Loetta Holland, Dr. Spud Warr and Tina Riley, Defendants in the above-styled cause. As grounds for this Motion, the undersigned states that he will no longer be employed with the firm of Webb & Eley, P.C..

WHEREFORE, Scott W. Gosnell respectfully requests an order from this Court that releases him from representation of said Defendants.

Respectfully submitted this the 13th day of February, 2008.

                                                             s/Scott W. Gosnell
                                                            SCOTT W. GOSNELL (GOS002)

OF COUNSEL:

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  sgosnell@webbeley.com

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 13th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following by U.S. Mail:

Ricky Dewayne Smith
c/o Faith Rescue Mission
108 Camden Street
Montgomery, Alabama 36108

                                              **s/Scott W. Gosnell**
                                              OF COUNSEL