IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RICKY DEWAYE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07cv965-MEF |
| ) | |
| TOMMY BOSWELL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of attorney Scott W. Gosnell's Motion to Withdraw (Doc. #28) from the representation of Defendants Tommy Boswell, Loetta Holland, Dr. Spud Warr and Tina Riley, on the basis that he will no longer be employed with the firm of Webb & Eley, P.C., it is

ORDERED that the Motion (Doc. #28) is GRANTED.

DONE this 21st day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE