IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RICKY DEWAYE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07cv965-MEF |
| | ) | |
| TOMMY BOSWELL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On 8 February 2008, this Court Ordered Plaintiff to show cause why this Court should not grant Defendant's Motion to Dismiss (Doc. #24) and brief in support (Doc. #25). As of this date, Palaintiff has failed to comply with this Court's Order. Accordingly, it is

ORDERED that Plaintiff shall, in writing, **on or before 4 April 2008,** show cause as to why this Court should not grant the Motion to Dismiss (Doc. #24). If Plaintiff fails to comply with this Court's Order, the Court will recommend his case be dismissed for want of prosecution and failure to comply with the orders of the Court.

DONE this 27th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE