IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **RICKY DEWAYNE SMITH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:07-cv-965-MEF-WC |
| ) | |
| **TOMMY BOSWELL, et al.,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

COMES NOW Jamie K. Hill, of the law firm of Webb & Eley, P.C., and files her notice of appearance as counsel of record for the Defendants in the above-captioned matter.

Respectfully submitted this 30th day of May, 2008.

                    **s/Jamie K. Hill**
                    Jamie K. Hill Bar No.  HIL060
                    Attorneys for Defendants
                    WEBB & ELEY, P.C.
                    7475 Halcyon Pointe Drive (36117)
                    Post Office Box 240909
                    Montgomery, Alabama  36124
                    Telephone:  (334) 262-1850
                    Fax:  (334) 262-1889
                    E-mail:  jhill@webbeley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 30th day of May, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Ricky Dewayne Smith
c/o Faith Rescue Mission
108 Camden Street
Montgomery, Alabama  36108

                                            **s/Jamie K. Hill**
                                            OF COUNSEL