**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RICKY DEWAYNE SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:07-cv-965-MEF-WC** |
| | ) | |
| **TOMMY BOSWELL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO WITHDRAW

COMES NOW Joseph L. Hubbard, Jr. of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Tommy Boswell, Loetta Holland, Dr. Spud Warr and Tina Riley, Defendants in the above-styled cause.  As grounds for this Motion, the undersigned states that he will no longer be employed with the firm of Webb & Eley, P.C.  Jamie K. Hill of the firm of Webb & Eley, P.C. will be entering a Notice of Appearance for Defendants contemporaneously with the filing of this Motion.

WHEREFORE, Joseph L. Hubbard, Jr. respectfully requests an order from this Court that releases him from representation of said Defendants.

Respectfully submitted this the 30th day of May, 2008.

s/Joseph L. Hubbard, Jr.
JOSEPH L. HUBBARD, JR., Bar No. HUBBJ5825
WEBB & ELEY, P.C.
Post Office Box 240909
Montgomery, Alabama  36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail:  jhubbard@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following by U.S. Mail:

Ricky Dewayne Smith
c/o Faith Rescue Mission
108 Camden Street
Montgomery, Alabama  36108

**s/Joseph L. Hubbard, Jr.**
OF COUNSEL