IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RICKY DEWAYE SMITH, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 3:07-cv-965-MEF |
| | ) |
| TOMMY BOSWELL, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Attorney (D0c. #35) filed on May 30, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 3rd day of June, 2008.

                                                /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE